FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 21, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARYL BOONE,<br><br>Defendant. | No. 2:24-CR-00164-MKD-1<br><br>ORDER GRANTING IN PART AND DENYING IN PART MOTION TO MODIFY CONDITION OF RELEASE<br><br>**MOTION GRANTED IN PART AND DENIED IN PART**<br>**(ECF. No. 30)** |

Before the Court is Defendant DARYL BOONE's Motion to Modify Conditions of Release. **ECF No. 30**. Specifically, Defendant seeks to remove the conditions of curfew and GPS monitoring as set forth in the Order Following Initial Appearance and Arraignment on Indictment and Detention Hearing (the "Order"). ECF No. 26.

**IT IS HEREBY ORDERED:**

1. Defendant's Motion to Modify Conditions of Release, **ECF No. 30**, is hereby **GRANTED IN PART AND DENIED IN PART**.

2. **Condition No. 16** of the Court's Order, ECF No. 26, **SHALL REMAIN IN EFFECT**.

3. **Condition No. 17** is hereby **STRICKEN**.

4. All other conditions of pretrial release shall remain in effect.

**IT IS SO ORDERED.**

DATED April 21, 2025.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 1